# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2020

Bridget M. McCormack,
Chief Justice

161511-2(42)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 161511, 161512
COA: 346224, 346225
Washtenaw CC: 17-000883-FC;
  17-000884-FC

EDWARD WALLACE EMERY,
   Defendant-Appellant.
_____/

  On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on August 17, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2020 <u>     </u>  

           Clerk